1
2
3
4
5
6

The Honorable Ricardo S. Martinez

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
a Delaware limited liability company;
11  PARAMOUNT PICTURES CORPORATION,
a Delaware corporation; UNIVERSAL CITY
12  STUDIOS LLC, a Delaware limited liability
company; UNIVERSAL CITY STUDIOS
13  PRODUCTIONS LLLP, a Delaware limited
liability limited partnership; WARNER BROS.
14  ENTERTAINMENT INC., a Delaware
corporation; and HOME BOX OFFICE, INC., a
15  Delaware corporation,

No. 2:22-cv-1755-RSM

**ORDER GRANTING PLAINTIFFS'
RENEWED EX PARTE MOTION TO
TEMPORARILY SEAL
DOCUMENTS AND CASE**

NOTE ON MOTION CALENDAR:
DECEMBER 27, 2022

**FILED UNDER SEAL**

16                          Plaintiffs,

17       v.

18  DREAM COMET STUDIOS LLC, an Ohio
limited liability company; ANTHONY
19  CIARLILLO, an individual; and
INDIVIDUALS AND ENTITIES DOING
20  BUSINESS AS CERTAIN AMAZON
SELLING ACCOUNTS IDENTIFIED IN
21  SCHEDULES 1 THROUGH 8; and DOES 1-
50,
22
                          Defendants.
23

24

25       Having considered Plaintiffs' Renewed *Ex Parte* Motion to Temporarily Seal Documents

26  and Case (the "Motion") brought by Amazon.com, Inc., Amazon.com Services LLC, Paramount

27  Pictures Corporation, Universal City Studios LLC, Universal City Studios Productions LLLP,

ORDER TO SEAL;
FILED UNDER SEAL - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    Warner Bros. Entertainment Inc., and Home Box Office, Inc., or their respective affiliates

2    (collectively, "Plaintiffs"), and the Court thus being fully informed of the matter, the Court

3    hereby GRANTS the Motion. Based on the record, the Court finds that if the case is made public

4    before law enforcement completes its parallel criminal investigation into Defendants'

5    counterfeiting operation, there is a substantial risk that this matter's judicial record would

6    become a vehicle for improper purposes, and jeopardize both the parallel criminal investigation

7    and Plaintiffs' ability to obtain meaningful redress for Defendants' alleged conduct. These

8    improper purposes include the potential for Defendants to destroy, conceal, or remove evidence

9    from the jurisdiction of the Court, and secret the alleged proceeds from the sale of counterfeits to

10   avoid them being made available to Plaintiffs.

11         It is hereby ORDERED that,

12         A.   The Motion is GRANTED;

13         B.   This case shall be temporarily sealed, such that it does not appear on the public

14              docket;

15         C.   All current and future filings shall be temporarily sealed, such that they do not

16              appear on the public docket; and

17         D.   Plaintiffs are to file a status report with this Court within three months of the date of

18              this order addressing the progress of the criminal investigation and whether this case

19              should remain sealed.

20         DATED this 27th day of December, 2022.

21

22

23                                              RICARDO S. MARTINEZ

24                                              UNITED STATES DISTRICT JUDGE

25

26

27

ORDER TO SEAL;
FILED UNDER SEAL - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1   Presented by:

2

3   DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Plaintiffs*

4

5   By _____

6   Scott R. Commerson, WSBA #58085
    865 South Figueroa Street, Suite 2400
7   Los Angeles, CA 90017-2566
    Tel: (213) 633-6800
8   Fax: (213) 633-6899
    Email: scottcommerson@dwt.com

9

10  By _____

11  Lauren B. Rainwater, WSBA #43625
    920 Fifth Avenue, Suite 3300
12  Seattle, WA  98104-1604
    Tel: (206) 622-3150
13  Fax: (206) 757-7700
    Email: laurenrainwater@dwt.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER TO SEAL;
FILED UNDER SEAL - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax