The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and HOME BOX OFFICE, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>DREAM COMET STUDIOS LLC, an Ohio limited liability company; ANTHONY CIARLILLO, an individual; and INDIVIDUALS AND ENTITIES DOING BUSINESS AS CERTAIN AMAZON SELLING ACCOUNTS IDENTIFIED IN SCHEDULES 1 THROUGH 8; and DOES 1-50,<br><br>    Defendants. | No. 2:22-cv-01755-RSM *SEALED*<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO UNSEAL DOCUMENTS AND CASE**<br><br>**FILED UNDER SEAL** |

Having considered the Motion to Unseal Documents and Cases (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Paramount Pictures Corporation, Universal City Studios LLC, Universal City Studios Productions LLLP, Warner Bros.

ORDER TO UNSEAL - 1
(2:22-cv-01755-RSM *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Entertainment Inc., and Home Box Office, Inc., and thus being fully informed of the matter, the Court hereby GRANTS the Motion.

It is hereby ORDERED that,

A. The Motion is GRANTED; and

B. Case No. 2:22-cv-01755-RSM shall be unsealed in its entirety such that it appears on the public docket.

DATED this 3rd day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER TO UNSEAL - 2
(2:22-cv-01755-RSM *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax