UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DREAM COMET STUDIOS LLC, et al., <br><br> Defendants. | Case No. C22-1755RSM <br><br> ORDER GRANTING IN PART MOTION FOR OVER-LENGTH BRIEFING |

This matter comes before the Court on Plaintiff Amazon.com, Inc.'s *ex parte* Motion to file over-length briefing in support of a forthcoming *ex parte* motion for alternative service of process. Dkt. #39. No Defendant has appeared in this case.

"Motions seeking approval to file an over-length motion or brief are disfavored…" LCR 7(f). An *ex parte* motion for alternative service is typically limited to 2,100 words. *See* LCR 7(d)(1); LCR 7(e)(1). Amazon contends it needs "approximately 3,400 additional words, for a total limit of 5,500 words." Dkt. #39 at 2.

Amazon argues in a single paragraph that the additional briefing is necessary "to provide sufficient explanation of the facts surrounding Plaintiffs' investigation into Defendants' identities and whereabouts, as well as the law dictating the circumstances in which this Court may allow for alternative service." *Id*. According to Amazon, the Defendants in this case have each "gone to great lengths to conceal their identities and locations, thereby requiring diligent investigation by Plaintiffs…. their counsel, and a private investigator, as well as searches of

ORDER GRANTING IN PART MOTION FOR OVER-LENGTH BRIEFING - 1

both public information and specialized databases, and early discovery." *Id*. There are no further details, explanations, or attached declarations. No legal standard is discussed.

Amazon has opened dozens of cases just like this one, seeking alternative service to hunt down individuals or businesses that used its website to sell goods for months or even years. Amazon has, at times, been able to file this kind of motion without additional briefing, which is disfavored. On other occasions, Amazon has requested modest additional briefing.

Amazon has not shown this case to be particularly unusual. While Amazon may have pages and pages ready to submit detailing the hunt for Defendants' true identities and locations, the Court has no need for all of that in the briefing. Such details can be included in attached declarations.

These cases almost always involve multiple defendants. This one appears to have at least twenty-four. While this number is not discussed by Amazon, the Court can imagine how setting forth the legal standard and writing even a couple of sentences for each Defendant could start to push against 2,100 words.

Accordingly, having reviewed Amazon's Motion and the remainder of the record, the Court hereby finds and ORDERS that Amazon's Motion for Over-length Briefing, Dkt. #39, is GRANTED IN PART. Amazon has not established good cause for their request to more than double the typical briefing length. The Court will instead permit 900 additional words for a total of 3,000 words.

DATED this 27th day of August, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING IN PART MOTION FOR OVER-LENGTH BRIEFING - 2