The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; UNIVERSAL CITY STUDIOS LLC, a Delaware limited liability company; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; and HOME BOX OFFICE, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>  v.<br><br>DREAM COMET STUDIOS LLC, an Ohio limited liability company; ANTHONY CIARLILLO, an individual; ANDRII ANDRIEIEV, an individual; DANN DEVINE, an individual; DATO TABIDZE, an individual; DMITRY GORSHKOV, an individual; DMYTRO KORCHENIUK, an individual; GHEORGHI COVALENCO, an individual; IHOR HAIDUK, an individual; IURII PAVLIUK, an individual; LUCIAN DANILEICO, an individual; NATALIIA KLIMCHUK, an individual; OLEG POLONSKYI, an individual; OLGA IGNATEVA, an individual; ROSTYSLAV PROVORNYI, an individual; SERGEI PLISOV, an individual; SERGII LEVCHENKO, an individual; SERGIU | No. 2:22-cv-01755-RSM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 1
(2:22-cv-01755-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

TABARA, an individual; SERHII IVZHENKO, an individual; TETIANA SHASTUN, an individual; VALERIU BRICIUC, an individual; VARVARA LEVCHENKO, an individual; VIKTOR KOLOTUKHA, an individual; VLADYSLAV SELEZNOV, an individual; and DOES 1-50,

                Defendants.

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Paramount Pictures Corporation, Universal City Studios LLC, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc., and Home Box Office, Inc. (collectively, "Plaintiffs"). The Court having considered Plaintiffs' Motion and finding good cause, it is hereby ORDERED:

1. Plaintiffs' Motion is **GRANTED**.

2. Plaintiffs are authorized to serve the following Defendants via the email addresses listed below:

| Defendant | Selling Account Email Addresses |
|---|---|
| Andrii Andrieiev | jeannettewier@gmail.com<br>lifeorganizer.me@gmail.com<br>archangelsecondone@gmail.com<br>andronsaleks@gmail.com |
| Valeriu Briciuc | office.vgsline@gmail.com |
| Gheorghi Covalenco | 8888korina@gmail.com |
| Lucian Danileico | ukrainaamazonmold@gmail.com<br>v.v.nikitinn@gmail.com |
| Dmitry Gorshkov | urijsannikov56@gmail.com |
| Ihor Haiduk | ribaldamazon@gmail.com<br>sellinglifeofamzn@gmail.com |

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 2
(2:22-cv-01755-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| Defendant | Selling Account Email Addresses |
|---|---|
| Olga Ignateva | offseasonshop2018@gmail.com |
| Serhii Ivzhenko | ivburyak879@gmail.com |
| Nataliia Klimchuk | klimchukn1@gmail.com |
| Viktor Kolotukha | kirillamazonmen@gmail.com |
| Dmytro Korcheniuk | lpatrik@ukr.net |
| Sergii Levchenko | gruninana2016@gmail.com<br>olmeficce@gmail.com |
| Varvara Levchenko | pcmystb@gmail.com |
| Iurii Pavliuk | asamonov54@gmail.com |
| Sergei Plisov | ggdco2@ya.ru |
| Oleg Polonskyi | ustore21.amazon@gmail.com |
| Rostyslav Provornyi | infomastergo@gmail.com<br>valiantsinbarbyshau@gmail.com<br>i12637889@gmail.com |
| Vladyslav Seleznov | irazhevnar@gmail.com |
| Tetiana Shastun | valerijokunev59@gmail.com |
| Sergiu Tabara | payments@tabarainternational.com |
| Dato Tabidze | AmzTabidze@gmail.com |

3. Plaintiffs are also authorized under Washington Superior Court Civil Rule 4(e)(1) to serve Defendant Anthony Ciarlillo (1) via email at Defendant Ciarlillo's personal email address, adciarlillo1@live.com, and (2) via mail at both his last known address [1334 W 89th St # 2, Cleveland, OH 44102-1828] and the address that he provided to the Ohio Secretary of State when he designated himself as Dream Comet Studios' registered agent [24441 Oakhill Dr., Euclid, Ohio 44117].

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 3
(2:22-cv-01755-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

DATED this 3rd day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott Commerson
Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 4
(2:22-cv-01755-RSM)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax